UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

Jasmin Larian, LLC

        Plaintiff,     1:19-cv-06347

   -v-

Joseph D'Arezzo, Inc.       ORDER TRANSFERRING VENUE

        Defendant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 8 2019

For good cause shown, and upon the stipulation of the parties, it is hereby ordered that this case is transferred to the United States District Court for the Central District of California located at 350 w. 1st Street, Los Angeles, CA. 90012.

SO ORDERED.

Dated: NOV 1 8 2019

                 _George B. Daniels_
                 Hon. George B. Daniels
                 United States District Judge